Clifford F. Campbell, Esq. (SBN: 60734)
ccampbell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
Matthew A. Lavrinets, Esq. (SBN: 227234)
mlavrinets@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PETALUMA, OFFICER NICK McGOWAN
and SGT. JIM STEPHENSON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. PIMENTEL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, and DOES 1-25,<br><br>Defendants. | Case No: C08-02121<br><br>**JOINDER OF DEFENDANT COUNTY OF SONOMA IN REMOVAL OF ACTION** |

Defendant COUNTY OF SONOMA hereby joins in the Notice of Removal filed by Defendants CITY OF PETALUMA, OFFICER NICK McGOWAN and POLICE SGT. JIM STEPHENSON to this Court of the state court action described in the Notice of Removal.

Dated: April 21, 2008        SENNEFF FREEMAN & BLUESTONE, LLP

By: _____
Bonnie A. Freeman
Attorneys for Defendant
COUNTY OF SONOMA

1085080_1.DOC

1