```
 1  Clifford F. Campbell, Esq. (SBN: 60734)
    ccampbell@meyersnave.com
 2  Tricia L. Hynes, Esq. (SBN: 212550)
    thynes@meyersnave.com
 3  Matthew A. Lavrinets, Esq. (SBN: 227234)
    mlavrinets@meyersnave.com
 4  MEYERS, NAVE, RIBACK, SILVER & WILSON
    555 12th Street, Suite 1500
 5  Oakland, CA  94607
    Telephone: (510) 808-2000
 6  Facsimile: (510) 444-1108

 7  Attorneys for Defendants
    CITY OF PETALUMA, OFFICER NICK McGOWAN
 8  and SGT. JIM STEPHENSON
```

ORIGINAL FILED

08 APR 24  PM 3: 36

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. PIMENTEL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, and DOES 1-25,<br><br>    Defendants. | Case No:  C08-02121 EMC<br><br>**PROOF OF SERVICE** |

BY FAX

---

Defs C/Petaluma, Officer N. McGowan and Sgt. J. Stephenson's Proof of Service [C08-02121 EMC]

**PROOF OF SERVICE**                                      **FRCP RULE 5(b)**

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On April 24, 2008, I served the within:

- **DEFENDANTS CITY OF PETALUMA, OFFICER NICK McGOWAN AND SGT. JIM STEPHENSON'S NOTICE OF REMOVAL UNDER 28 U.S.C. § 1441(b) (FEDERAL QUESTION)**
- **JOINDER OF DEFENDANT COUNTY OF SONOMA IN REMOVAL OF ACTION**
- **CIVIL COVER SHEET**
- **ECF REGISTRATION INFORMATION HANDOUT**
- **ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**
- **WELCOME TO THE U.S. DISTRICT COURT, SAN FRANCISCO**
- **NOTICE OF ASSIGNMENT OF CASE TO A UNITED STATES MAGISTRATE JUDGE FOR TRIAL**
- **CONSENT TO PROCEED BEFORE A US MAGISTRATE JUDGE**
- **DECLINATION TO PROCEED BEFORE A US MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| David W. Pimentel<br>1192 Liberty Road<br>Petaluma, CA 94952 | Plaintiff in Pro Per<br>Telephone: (707) 769-0127 |
|---|---|
| Bonnie A. Freeman, Esq.<br>SENNEFF, FREEMAN & BLUESTONE<br>50 Old Courthouse Square, Suite 401<br>Santa Rosa, CA 95404 | Attorneys for Defendant<br>COUNTY OF SONOMA<br>Telephone: 707-526-4250<br>Facsimile: 707-526-0347 |

__X__   **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on April 24, 2008.

_____
Elena D. LaBella

Defs C/Petaluma, Officer N. McGowan and Sgt. J. Stephenson's Proof of Service [C08-02121 EMC]