Clifford F. Campbell, Esq. (SBN: 60734)
ccampbell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
Matthew A. Lavrinets, Esq. (SBN: 227234)
mlavrinets@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PETALUMA, OFFICER NICK McGOWAN
and SGT. JIM STEPHENSON

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. PIMENTEL,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, and DOES 1-25,<br><br>    Defendants. | Case No:  C08-02121 EMC<br><br>**CERTIFICATION OF INTERESTED ENTITIES OR PERSONS**<br>**[Civil L.R. 3-16]** |

    Pursuant to Civil Local Rule 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:  April 29, 2008      Respectfully Submitted,

                        MEYERS, NAVE, RIBACK, SILVER & WILSON


                        By:_____/s/ Clifford F. Campbell_____
                              Clifford F. Campbell
                              Attorneys for Defendants
                              CITY OF PETALUMA, OFFICER NICK
                              McGOWAN and SGT. JIM STEPHENSON

1089991_1.DOC

1

Defs C/Petaluma, Officer N. McGowan and Sgt. J. Stephenson's Certification of Interested Entities or Persons [C08-02121 EMC]

| | |
|---|---|
| 1 | PROOF OF SERVICE                                          FRCP RULE 5(b) |

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On April 29, 2008, I served the within:

- **CERTIFICATION OF INTERESTED ENTITIES OR PERSONS [Civil L.R. 3-16]**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| David W. Pimentel<br>1192 Liberty Road<br>Petaluma, CA 94952 | Plaintiff in Pro Per<br>Telephone: (707) 769-0127 |
|---|---|
| Bonnie A. Freeman, Esq.<br>SENNEFF, FREEMAN & BLUESTONE<br>50 Old Courthouse Square, Suite 401<br>Santa Rosa, CA 95404 | Attorneys for Defendant<br>COUNTY OF SONOMA<br>Telephone: 707-526-4250<br>Facsimile: 707-526-0347 |

__X__   **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on April 29, 2008.

*[signature]*
Elena D. LaBella

Defs C/Petaluma, Officer N. McGowan and Sgt. J. Stephenson's Proof of Service [C08-02121 EMC]