Bonnie A. Freeman, Esq. (SB 180502)
bfreeman@sennefflaw.com
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:   707-526-4250
Facsimile:   707-526-0347

Attorneys for Defendant County of Sonoma

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. PIMENTEL, | Case No. C08-02121 EMC |
| Plaintiff, | |
| vs. | **NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS** [FRCP Rule 12(c)] |
| COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, DOES 1-25, | Date: July 2, 2008 Time: 10:30 a.m. Ctrm: C, 15th Floor |
| Defendants. | |

TO PLAINTIFF DAVID W. PIMENTEL, in pro per:

PLEASE TAKE NOTICE and notice is hereby given that on July 2, 2008, in Courtroom C of the above entitled court located at 450 Golden Gate Ave., 15th Floor, San Francisco, CA 94102, defendant County of Sonoma will and does hereby move for judgment on the pleadings of the complaint of David W. Pimentel. The motion is made on the basis that even if all of the material facts in the complaint were true, the County of Sonoma is entitled to judgment as a matter of law.

///
///
///
///
///

SENNEFF FREEMAN BLUESTONE

NO: C08-02121 EMC:   Notice of Motion/Motion for Judgment on the Pleadings      1

1  The motion will be based upon this Notice of Motion, the accompanying Memorandum of Points
2  and Authorities, and all pleadings and papers on file herein.

3  DATED:    May 6, 2008           SENNEFF FREEMAN & BLUESTONE, LLP

                                   By _____
                                      Bonnie A. Freeman
                                      Attorneys for Defendant County of Sonoma