1  Bonnie A. Freeman, Esq. (SB 180502)
   bfreeman@sennefflaw.com
2  SENNEFF FREEMAN & BLUESTONE, LLP
   50 Old Courthouse Square, Suite 401
3  P.O. Box 3729
   Santa Rosa, CA 95402-3729
4  Telephone:   707-526-4250
   Facsimile:   707-526-0347
5

6  Attorneys for Defendant County of Sonoma

7

8              IN THE UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10 DAVID W. PIMENTEL,                    Case No. C08-02121 EMC

11     Plaintiff,
                                         **PROOF OF SERVICE**
12     vs.

13 COUNTY OF SONOMA, CITY OF
   PETALUMA, OFFICER McGOWAN, POLICE
14 SGT. STEPHENSON, DOES 1-25,

15     Defendants.
                                      /
16

SENNEFF
FREEMAN      NO: C08-02121 EMC:   PROOF OF SERVICE                            1
BLUESTONE

CERTIFICATE OF SERVICE

      I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On May 8, 2008, I served the following document(s):

1. **NOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP Rule 12(c)]**
2. **MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP Rule 12(c)]**
3. **[PROPOSED] ORDER GRANTING DEFENDANT COUNTY OF SONOMA'S MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP Rule 12(c)]**

by placing a true copy thereof enclosed is a sealed envelope and served in the manner described below and addressed to:

**PLAINTIFF IN PRO PER**

David W. Pimentel
1192 Liberty Road
Petaluma, CA 94952
Telephone: (707) 769-0127

**Attorneys for Defendants City of Petaluma, Officer Nick McGowan and Sgt. Jim Stephenson:**

Clifford F. Campbell, Esq.
Tricia L. Hynes, Esq.
Matthew A. Lavrinets, Esq.
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

**X**   **BY U.S. MAIL:** I caused such envelope to be deposited in the mail aby placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. The name and address of each person/firm to whom I mailed the documents is listed above.

___   **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated above.

___   **BY OVERNIGHT COURIER SERVICE:** I caused such envelope to be delivered via overnight courier services to the addressee(s) designated above.

___   **BY FACSIMILE:** I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

      I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the date set forth above at Santa Rosa, California.

                                                 Tracy Kecskemeti

Case No. C08-02121 EMC:          CERTIFICATE OF SERVICE