UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID W. PIMENTEL

    Plaintiff,

v.

COUNTY OF SONOMA, et al.

    Defendant.

Case No. 08-02121 EMC

**DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE
AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE**

The undersigned party in the above-captioned civil matter hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition and hereby requests the reassignment of this case to a United States District Judge.

Dated: May 15, 2008

/S/ Tricia L. Hynes
Signature

Counsel for Defendants
(Name of party or indicate "pro se")

**PROOF OF SERVICE**                                         **FRCP RULE 5(b)**

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On May 15, 2008, I served the within:

- **DEFENDANTS' DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| David W. Pimentel<br>1192 Liberty Road<br>Petaluma, CA 94952 | Plaintiff in Pro Per<br>Telephone: (707) 769-0127 |
|---|---|

__X__   **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on May 15, 2008.

_____
Kathleen K. Yanaga

---

Defs C/Petaluma, Officer N. McGowan and Sgt. J. Stephenson's Proof of Service [C08-02121 EMC]