UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DAVID W. PIMENTEL,

    Plaintiff(s),

v.

COUNTY OF SONOMA, et al.,

    Defendant(s).

Case No. 08-02121 EMC

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

    In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party in the above-captioned civil matter hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment. Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: May 16, 2008

_____
Signature

Counsel for: Def. County of Sonoma
(Name of party or indicate "pro se")

## CERTIFICATE OF SERVICE

I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On May 16, 2008, I served the following document(s):

**CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE**

by placing a true copy thereof enclosed is a sealed envelope and served in the manner described below and addressed to:

| **PLAINTIFF IN PRO PER** | **Attorneys for Defendants City of Petaluma, Officer Nick McGowan and Sgt. Jim Stephenson:** |
|---|---|
| David W. Pimentel<br>1192 Liberty Road<br>Petaluma, CA 94952<br>Telephone: (707) 769-0127 | Clifford F. Campbell, Esq.<br>Tricia L. Hynes, Esq.<br>Matthew A. Lavrinets, Esq.<br>MEYERS, NAVE, RIBACK, SILVER & WILSON<br>555 12th Street, Suite 1500<br>Oakland, CA 94607<br>Telephone: (510) 808-2000<br>Facsimile: (510) 444-1108 |

__X__ **BY U.S. MAIL:** I caused such envelope to be deposited in the mail aby placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. The name and address of each person/firm to whom I mailed the documents is listed above.

____ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated above.

____ **BY OVERNIGHT COURIER SERVICE:** I caused such envelope to be delivered via overnight courier services to the addressee(s) designated above.

____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the date set forth above at Santa Rosa, California.

_____
Tracy Kecskemeti

Case No. C08-02121 EMC          **CERTIFICATE OF SERVICE**