Bonnie A. Freeman, Esq. (SB 180502)
bfreeman@sennefflaw.com
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:   707-526-4250
Facsimile:    707-526-0347

Attorneys for Defendant County of Sonoma

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. PIMENTEL,<br><br>   Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, DOES 1-25,<br><br>   Defendants.<br>_____/ | Case No. C08-02121 SBA<br><br>**RENOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP Rule 12(c)]**<br><br>Date: July 1, 2008<br>Time: 1:00 p.m.<br>Ctrm: 3, 3rd Floor |

TO PLAINTIFF DAVID W. PIMENTEL, in pro per:

PLEASE TAKE NOTICE and notice is hereby given that on July 1, 2008, in Courtroom 3 of the above entitled court located at 1301 Clay Street, 3rd Floor, Oakland, CA 94612-5212, defendant County of Sonoma will and does hereby move for judgment on the pleadings of the complaint of David W. Pimentel. The motion is made on the basis that even if all of the material facts in the complaint were true, the County of Sonoma is entitled to judgment as a matter of law.

///
///
///
///
///

1    The motion will be based upon this Renotice of Motion, the Memorandum of Points and
2    Authorities (previously filed on May 8, 2008), and all pleadings and papers on file herein.

3    DATED:   May 22, 2008           SENNEFF FREEMAN & BLUESTONE, LLP

                                     By _____
                                        Bonnie A. Freeman
                                        Attorneys for Defendant County of Sonoma

## CERTIFICATE OF SERVICE

I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On May 22, 2008, I served the following document(s):

**RENOTICE OF MOTION AND MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP Rule 12(c)]**

by placing a true copy thereof enclosed is a sealed envelope and served in the manner described below and addressed to:

| **PLAINTIFF IN PRO PER** | **Attorneys for Defendants City of Petaluma, Officer Nick McGowan and Sgt. Jim Stephenson:** |
|---|---|
| David W. Pimentel<br>1192 Liberty Road<br>Petaluma, CA 94952<br>Telephone: (707) 769-0127 | Clifford F. Campbell, Esq.<br>Tricia L. Hynes, Esq.<br>Matthew A. Lavrinets, Esq.<br>MEYERS, NAVE, RIBACK, SILVER & WILSON<br>555 12th Street, Suite 1500<br>Oakland, CA 94607<br>Telephone: (510) 808-2000<br>Facsimile: (510) 444-1108 |

__X__ **BY U.S. MAIL:** I caused such envelope to be deposited in the mail aby placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. The name and address of each person/firm to whom I mailed the documents is listed above.

____ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated above.

____ **BY OVERNIGHT COURIER SERVICE:** I caused such envelope to be delivered via overnight courier services to the addressee(s) designated above.

____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the date set forth above at Santa Rosa, California.

*Tracy Kecskemeti*

Case No. C08-02121 SBA           **CERTIFICATE OF SERVICE**