Clifford F. Campbell, Esq. (SBN: 60734)
ccampbell@meyersnave.com
Tricia L. Hynes, Esq. (SBN: 212550)
thynes@meyersnave.com
Matthew A. Lavrinets, Esq. (SBN: 227234)  ·
mlavrinets@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA  94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants
CITY OF PETALUMA, OFFICER NICK McGOWAN
and SGT. JIM STEPHENSON

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. PIMENTEL,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, and DOES 1-25,<br><br>Defendants. | Case No:  C08-02121 SBA<br><br>**DEFENDANTS CITY OF PETALUMA, OFFICER NICK McGOWAN AND SGT. JIM STEPHENSON'S  RE-NOTICE OF JOINDER AND JOINDER TO DEFENDANT COUNTY OF SONOMA'S MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]**<br><br>DATE:    July 1, 2008<br>TIME:    1:00pm<br>DEPT:    Courtroom 3, 3rd Floor<br>JUDGE:  Honorable Saundra Brown Armstrong |

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that on July 1, 2008 at 1:00 p.m. in the United States District

Court, Northern District of California, Courtroom 3, which is located at 1301 Clay Street, Oakland,

California 94612 Defendant CITY OF PETALUMA ("CITY") will join in the Motion for Judgment

on the Pleadings filed by Defendant COUNTY OF SONOMA ("COUNTY").

The CITY seeks to have Plaintiff DAVID PIMENTEL's cause of action against it regarding

the violation of his Fourth and Fourteenth Amendment rights dismissed.  The grounds for this

requested relief are identical to that asserted by the COUNTY in its Motion for Judgment on the

1

Defs C/Petaluma, Officer N. McGowan and Sgt. J. Stephenson's Re-Notice of Joinder and Joinder to Defendant County of Sonoma's Motion for Judgment on the Pleadings [C08-02121 SBA]

Pleadings. Specifically, as to his allegations against the CITY under the United States Constitution, the Plaintiff's Complaint fails to set forth a basis for liability as a matter of law, pursuant to *Monell v. Department of Social Services* (1978) 436 U.S. 658, 691 because the Plaintiff has not alleged that a policy, custom or practice of the CITY caused the alleged constitutional violation. The CITY thus cannot be held liable to the Plaintiff under a theory of *respondeat superior*.

The CITY's Joinder of the COUNTY's Motion for Judgment on the Pleadings is based on this Notice of Joinder and Joinder, as well as the COUNTY's Notice of Motion, Memorandum of Points and Authorities, and other papers filed in support of its Motion, if any.

Dated: June 3, 2008                    Respectfully Submitted,

                                       MEYERS, NAVE, RIBACK, SILVER & WILSON


                                       By:_____/s/___Matthew A. Lavrinets_____
                                            Matthew A. Lavrinets
                                            Attorneys for Defendants
                                            CITY OF PETALUMA, OFFICER NICK
                                            McGOWAN and SGT. JIM STEPHENSON

1103193_1.DOC

2

**PROOF OF SERVICE**                                                    **FRCP RULE 5(b)**

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On June 3, 2008, I served the within:

- **DEFENDANTS CITY OF PETALUMA, OFFICER NICK McGOWAN AND SGT. JIM STEPHENSON'S RE-NOTICE OF JOINDER AND JOINDER TO DEFENDANT COUNTY OF SONOMA'S MOTION FOR JUDGMENT ON THE PLEADINGS [FRCP 12(c)]**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

| | |
|---|---|
| David W. Pimentel<br>1192 Liberty Road<br>Petaluma, CA 94952 | Plaintiff in Pro Per<br>Telephone: (707) 769-0127 |

**X**  **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on June 3, 2008.

Elena D. LaBella