UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

DAVID W. PIMENTEL

CASE NO. C08-02121 SBA

Plaintiff(s),

v.

NOTICE OF NEED FOR ADR PHONE CONFERENCE

COUNTY OF SONOMA, et al.

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and that they:

✓   have not yet reached an agreement to an ADR process
    request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference September 10, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
| --- | --- | --- | --- |
| Tricia L. Hynes | City Defendants | (510) 808.2000 | thynes@meyersnave.com |
| Bonnie A. Freeman | County of Sonoma | (707) 526.4250 | bfreeman@sennefflaw.com |
| David W. Pimentel | Plaintiff | (707) 769.0127 | |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated:_____                              _____
                                              Attorney for Plaintiff

Dated: July 16, 2008                          Tricia L. Hynes
                                              Attorney for Defendant
Dated: July 16, 2008                          Bonnie A. Freeman
Rev 1.05                                      Attorney for Defendant County of Sonoma

| | |
|---|---|
| **PROOF OF SERVICE** | **FRCP RULE 5(b)** |

I am employed in the City of Oakland and County of Alameda, California. I am over the age of 18 years and not a party to the within action. My business address is Meyers, Nave, Riback, Silver & Wilson, 555 12th Street, Suite 1500, Oakland, CA 94607.

On July 16, 2008, I served the within:

- **NOTICE OF NEED FOR ADR PHONE CONFERENCE**

on the parties in this action by placing a true copy thereof in a sealed envelope, addressed as follows:

David W. Pimentel           Plaintiff in Pro Per
1192 Liberty Road           Telephone: (707) 769-0127
Petaluma, CA 94952

__X__ **(By First-Class Mail)** I caused each such envelope, with postage thereon fully prepaid, to be placed in the United States mail at Oakland, California. I am readily familiar with the business practice for collection and processing of mail in this office; and that in the ordinary course of business said document would be deposited with the U.S. Postal Service in Oakland on that same day. I understand that service shall be presumed invalid upon motion of a party served if the postal cancellation date or postage meter date on the envelope is more than one day after the date of deposit for mailing contained in this declaration.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

EXECUTED at Oakland, California on July 16, 2008.

_____
Kathleen K. Yanaga

Defs C/Petaluma, Officer N. McGowan and Sgt. J. Stephenson's Proof of Service [C08-02121 EMC]