Bonnie A. Freeman, Esq. (SB 180502)
bfreeman@sennefflaw.com
SENNEFF FREEMAN & BLUESTONE, LLP
50 Old Courthouse Square, Suite 401
P.O. Box 3729
Santa Rosa, CA 95402-3729
Telephone:    707-526-4250
Facsimile:    707-526-0347

Attorneys for Defendant County of Sonoma

Clifford F. Campbell, Esq. (SBN: 60734)
ccampbell@meyersnave.com
Matthew A. Lavrinets, Esq. (SBN 212550)
mlavrinets@meyersnave.com
MEYERS, NAVE, RIBACK, SILVER & WILSON
555 12th Street, Suite 1500
Oakland, CA 94607
Telephone: (510) 808-2000
Facsimile: (510) 444-1108

Attorneys for Defendants City of Petaluma, Officer Nick McGowan and Sgt. Jim Stephenson

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID W. PIMENTEL,<br><br>    Plaintiff,<br><br>vs.<br><br>COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, DOES 1-25,<br><br>    Defendants.<br>_____/ | Case No. C08-02121 SBA<br><br>**DEFENDANTS' JOINT CASE MANAGEMENT CONFERENCE STATEMENT**<br><br>Date:  September 10, 2008<br>Time:  3:00 p.m.<br>Ctrm:  TELEPHONIC |

The defendants in the above entitled action jointly submit this Case Management Statement and Proposed Order and request the Court to adopt it as its Case Management Order in this case. The plaintiff is self-represented and, as such, the parties are permitted to file separate Case Management Conference

Statements pursuant to Local Rule 16-1.

<u>Jurisdiction and Service:</u>   Jurisdiction is proper in the United States District Court, Northern District of California, pursuant to 28 U.S.C. §1367, as the conduct complained of in the complaint arose in this district and the plaintiff's claims involve federal question (42 USC §1983).

<u>Facts:</u>  The suit arises from an arrest of plaintiff David Pimentel by Petaluma Police Department. Sonoma County Sheriff's Department personnel also responded to the call. Plaintiff is alleging that he was arrested without process and that excessive force was utilized in making the arrest.

<u>Legal Issues:</u>   Whether plaintiff has adequately pleaded constitutional claims against the public entities; whether the officers are shielded from liability by qualified immunity.

<u>Motions:</u>   Pending is a motion for judgment on the pleadings, filed by defendant County of Sonoma on May 8, 2008. The hearing date for the motion was vacated, and the motion is still pending for determination in this Court. Assuming the motion for judgment on the pleadings is denied, defendant County of Sonoma will file a motion for summary judgment. The remaining defendants (City of Petaluma, Officer McGowan and Sgt. Stephenson) also intend on filing motions for summary judgment/partial summary judgment.

<u>Amendment of Pleadings:</u> No amendments to the pleadings are expected at this time.

<u>Evidence Preservation:</u> The undersigned have taken steps to preserve evidence relevant to the issues reasonably evident in this action, including interdiction of any document-destruction program and any ongoing erasures of emails, voice mails and other electronically-recorded materials.

<u>Disclosures:</u> Defendants City of Petaluma, Officer McGowan and Sgt. Stephenson have complied with the initial disclosure requirements of Fed. R. Civ. P. 26 and have disclosed witness information, relevant documents, and insurance information.

Defendant County of Sonoma has not yet made initial disclosures, as a dispositive motion for judgment on the pleadings is pending, which, if successful, will eliminate County of Sonoma from this action as a defendant. In the event the motion is not successful, County of Sonoma will immediately, upon order of the denial of said motion, exchange initial disclosures in full compliance with Fed. R. Civ. P. 26.

Plaintiff has not complied with the requirements of Fed. R. Civ. P. 26.

Discovery: No discovery has been taken to date. Defendants anticipate the following discovery to be conducted:

    a. Depositions: Defendants shall be allowed 10 depositions pursuant to the limitations of Rule 30;

    b. Written interrogatories: Defendants agree not to exceed limits of 25 interrogatories pursuant to the limitations of Rule 33 and request that plaintiff be so limited.

    c. Document requests: Defendants request that no party exceed 25 demands to any other party.

    d. Requests for admissions: The Defendants request that no party exceed 25 requests to any other party.

Class Actions: This is not a class action.

Related Cases: There are no known related cases.

Relief: Defendants do not know what type of relief is being sought by plaintiff, other than unspecified money damages.

Settlement and ADR: An ADR telephone conference has been requested by the parties, though one has

not yet been scheduled by the ADR coordinator.

<u>Consent to Magistrate Judge For All Purposes:</u>  The City of Petaluma defendants have filed a declination to proceed before a magistrate judge.

<u>Other References:</u>  There are no special references at this time.

<u>Narrowing of Issues:</u>  The motion for judgment on the pleadings may narrow the issues and parties to this dispute.  Further motions for summary judgment/partial summary judgment may further narrow or eliminate the issues.  At this early stage, it is unknown whether stipulations of facts and/or evidence will be forthcoming, and /or whether motions for bifurcation will be required.

<u>Expedited Schedule:</u>  This case is not amenable to expedited handling with streamlined procedures, given that the plaintiff is pro per.

<u>Scheduling:</u>  Defendants propose the following:

    Expert designations: August 3, 2009
    Discovery cutoff: June 1, 2009
    Hearing on dispositive motions: July 21, 2009
    Pretrial Conference: September 28, 2009
    Trial:   October 19, 2009

<u>Trial:</u>  All parties have demanded jury trial, and the defendants anticipate a trial length of 3-4 days.

<u>Disclosure of Non-party Interested Entities or Persons:</u>  No party has filed the "Certification of Interested Entities or Persons" required by Civil Local Rule 3-16.  The undersigned hereby certify, by signature below, that they are unaware of any persons, firms, partnerships, corporations (including parent

corporations) or other entities known by the undersigned to have either: (1) a financial interest in the subject matter in controversy or in a party to the proceeding; or (ii) any other kind of interest that could be substantially affected by the outcome of the proceeding, other than the parties identified in the pleadings.

<u>Other Matters which may Facilitate:</u>  Determination of County of Sonoma's motion for judgment on the pleadings may facilitate speedy disposition of this matter, if the matter is determined prior to the initial Case Management Conference. In the event that the motion is not determined by the date of the initial Case Management Conference, the County may seek to postpone the initial Case Management Conference pending resolution of its motion which, if granted, will dispose of all claims against the County.

DATED:    July 30, 2008          SENNEFF FREEMAN & BLUESTONE, LLP

By ------s/ Bonnie A. Freeman-----
Bonnie A. Freeman
Attorneys for Defendant County of Sonoma

DATED:    July 30, 2008          MEYERS, NAVE, RIBACK, SILVER & WILSON

By ------s/ Matthew Lavrinets-----
Matthew Lavrinets,
Attorneys for Defendants City of Petaluma,
Nick McGowan and Jim Stephenson

## CERTIFICATE OF SERVICE

I am employed in Sonoma County, California. I am over the age of 18 years and not a party to the within action. My business address is 50 Old Courthouse Square, Suite 401, Santa Rosa, CA 95404. On July 30, 2008, I served the following document(s):

**DEFENDANTS' JOINT CASE MANAGEMENT CONFERENCE STATEMENT**

by placing a true copy thereof enclosed is a sealed envelope and served in the manner described below and addressed to:

| **PLAINTIFF IN PRO PER** | **Attorneys for Defendants City of Petaluma, Officer Nick McGowan and Sgt. Jim Stephenson:** |
|---|---|
| David W. Pimentel<br>1192 Liberty Road<br>Petaluma, CA 94952<br>Telephone: (707) 769-0127 | Clifford F. Campbell, Esq.<br>Tricia L. Hynes, Esq.<br>Matthew A. Lavrinets, Esq.<br>MEYERS, NAVE, RIBACK, SILVER & WILSON<br>555 12th Street, Suite 1500<br>Oakland, CA 94607<br>Telephone: (510) 808-2000<br>Facsimile: (510) 444-1108 |

__X__ **BY U.S. MAIL:** I caused such envelope to be deposited in the mail aby placing the envelope for collection and mailing following our ordinary business practices. I am readily familiar with this business' practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid. The name and address of each person/firm to whom I mailed the documents is listed above.

____ **BY HAND DELIVERY:** I caused such envelope to be delivered by hand to the addressee(s) designated above.

____ **BY OVERNIGHT COURIER SERVICE:** I caused such envelope to be delivered via overnight courier services to the addressee(s) designated above.

____ **BY FACSIMILE:** I caused said document(s) to be transmitted to the facsimile number(s) of the addressee(s) designated.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. Executed on the date set forth above at Santa Rosa, California.

_Tracy Kecskemeti_

Case No. C08-02121 SBA     **CERTIFICATE OF SERVICE**

+ chambers copy