**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID W. PIMENTEL, | Case No. 08-02121 SBA |
| Plaintiff, | **ORDER** |
| v. | **[Docket No. 27]** |
| COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, DOES 1-25, | |
| Defendants. | |

Plaintiff, having failed to appear for the telephonic Case Management Conference set for October 8, 2008, has therefore failed to comply with this Court's, September 4, 2008, Order [Docket No. 27].

Accordingly, it is ORDERED that:

(1) Plaintiff shall appear in Courtroom 3 of the United States Courthouse, 1301 Clay Street, Oakland, California, on **November 12, 2008, at 4:00 p.m.**, to show cause why the above-captioned case should not be dismissed without prejudice for failure to prosecute and failure to comply with this Court's order.

(2) At least ten days prior to the above hearing, Plaintiff must file a Certificate of Counsel with the Clerk of the Court, to explain why the case should or should not be dismissed for failure to prosecute. The Certificate shall set forth the nature of the cause, its present status, the reason it has not been brought to trial or otherwise terminated, any basis for opposition to dismissal by any party, and its expected course if not dismissed.

(3) Please take notice that this Order requires both the specified court appearance and the filing of the Certificate of Counsel. Failure to fully comply with this Order will be deemed sufficient grounds to dismiss the case.

IT IS SO ORDERED.

Dated: 10/10/08

*Saundra B Armstrong*
SAUNDRA BROWN ARMSTRONG
United States District Judge.

2

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PIMENTEL et al,

        Plaintiff,

  v.

COUNTY OF SONOMA et al,

        Defendant.

Case Number: CV08-02121 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on October 14, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David W. Pimentel
1192 Liberty Road
Petaluma, CA 94952

Dated: October 14, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

3