**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DAVID W. PIMENTEL, | Case No. 08-02121 SBA |
| Plaintiff, | **ORDER** |
| v. | [Docket No. 34] |
| COUNTY OF SONOMA, CITY OF PETALUMA, OFFICER McGOWAN, POLICE SGT. STEPHENSON, DOES 1-25, | |
| Defendants. | |

The Court VACATES the Order to Show Cause [Docket No. 34] and further ORDERS that a Case Management Conference is scheduled for December 17, 2008 at 3:30 p.m.. The parties shall **meet and confer** prior to the conference and shall prepare a joint Case Management Conference Statement which shall be filed no later than ten (10) days prior to the Case Management Conference that complies with the Standing Order For All Judges Of The Northern District Of California and the Standing Order of this Court. Defendants shall be responsible for filing the statement as well as for arranging the conference call. All parties shall be on the line and shall call (510) 637-3559 at the above indicated date and time.

IT IS SO ORDERED.

Dated: 11/12/08

SAUNDRA BROWN ARMSTRONG
United States District Judge

UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF CALIFORNIA

PIMENTEL et al,

        Plaintiff,

  v.

COUNTY OF SONOMA et al,

        Defendant.

Case Number: CV08-02121 SBA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on November 13, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

David W. Pimentel
1192 Liberty Road
Petaluma, CA 94952

Dated: November 13, 2008

        Richard W. Wieking, Clerk
        By: LISA R CLARK, Deputy Clerk

2